# NEIL H. GREENBERG
## & ASSOCIATES, P.C.
### COUNSELORS AT LAW

### 4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.
  VIA: ECF filing

CATALINA ROMAN

PARALEGAL

August 5, 2016

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

        RE: Bufe v. Suffolk Breast Imaging P.C. et al.
        15 CV 6470 (AKT)

Dear Judge Tomlinson:

This correspondence is to inform the Court that the parties have mailed the following directly to the Court's chambers:

1. Fully executed Settlement Agreement;
2. Fairness letter; and
3. Fully executed Stipulation of Dismissal.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: William H. Ng, Esq.